UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-00169-JAW |
| | ) | |
| ALL ARTICLES OF DRUG LOCATED AT GLOBAL BIOTECHNOLOGIES, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 2, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Petition for Remission or Mitigation (ECF No. 9) be and hereby is DENIED and the Motion to Dismiss Claim of Corporate Petitioner (ECF No. 11) be and hereby is GRANTED. As no answer or otherwise valid claim has been filed in response to the forfeiture complaint and the Clerk has entered default against the corporate entity because the corporate entity did not file a timely answer to the Complaint, it is further ORDERED that in the event the Government files a motion for a default judgment on the Complaint, the entry of a judgment of forfeiture against the defendant in rem drug articles is the appropriate course of action.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2012