# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**ALL ARTICLES OF DRUG, IN ANY FORM** )<br>**(CAPSULES, POWDER, OR TABLETS), AND** )<br>**IN ANY SIZE AND TYPE OF CONTAINER,** )<br>**REGARDLESS OF LOT NUMBER OR DATE OF** )<br>**MANUFACTURE, WHICH ARE LABELED OR** )<br>**OTHERWISE IDENTIFIED AS GLUCANOL,** )<br>**HEALTHY TRAC, IMMUNOL, AND LACTOPRIL,** )<br>**INCLUDING IN-PROCESS INGREDIENTS USED** )<br>**IN SUCH PRODUCTS AND RAW INGREDIENTS** )<br>**SUCH AS BETA-GLUCAN, LACTOFERRIN, BIO-** )<br>**FERRIN 1000, AND ARABINOGALACTAN,** )<br>**LOCATED ON THE PREMISES OF GLOBAL** )<br>**BIOTECHNOLOGIES, INC., 54 YORK STREET** )<br>**SUITE 1B, PORTLAND, MAINE,** )<br>)<br>   **Defendants-in-rem.** ) | Civ. No. 2:12-cv-169-JAW |

## DECREE OF FORFEITURE

WHEREAS, on May 22, 2012, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of Title 21, United States Code, Section 334.

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, between July 4, 2012 and August 2, 2012, notice of this action was published on the official government website www.forfeiture.gov;

WHEREAS, on June 1, 2012, Robert Bogosian, President of Global Biotechnologies, Inc.

was served, with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice of the Forfeiture;

WHEREAS, on July 17, 2012, Global Biotechnologies, Inc. was defaulted;

WHEREAS, on August 22, 2012, Global Biotechnologies, Inc.'s claim was dismissed and the petition for remission was denied;

WHEREAS, it appearing from the record, no other claims, contested or otherwise, have been filed against the defendants-in-rem and the time to do so has expired;

NOW THEREFORE, on motion of the plaintiff, United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendants-in-rem are **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED** that the defendant-in-rem shall be disposed of according to law.

                                                              **SO ORDERED,**

DATED: September 4, 2012                        /s/John A. Woodcock, Jr.
                                                            John A. Woodcock, Jr.
                                                            Chief U.S. District Judge